**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 154 MAL 2019

              Respondent   :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

              v.                  :

                           :

KEITH SHAWN HALL,           :

                       :

              Petitioner   :


## ORDER


**PER CURIAM**

      **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is

**DENIED**.